**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Celena Jacobs and Macario Duarte aka Marario Duarte,
Defendants,

Of whom Celena Jacobs is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2017-002342

───────────────

Appeal From Dorchester County
William J. Wylie, Jr., Family Court Judge

───────────────

Unpublished Opinion No. 2018-UP-295
Submitted June 25, 2018 – Filed June 28, 2018

───────────────

**AFFIRMED**

───────────────

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

Brenda L. Gorski, of Columbia, for the Guardian ad Litem.

_____

**PER CURIAM:**  Celena Jacobs appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Jacobs' counsel.

**AFFIRMED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.